UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 5:18-cv-00082-JGB(SPx) | Date | April 23, 2018 |
|---|---|---|---|
| Title | *Rachel Warren v. Del Taco Restaurants, Inc. et al* | | |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | Adele C. Frazier |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Gloria Dredd Haney(telephonically) | Cherise S Latortue |

**Proceedings:   MOTION TO COMPEL ARBITRATION [25]**

    The Court and counsel confer.  The Court hears oral argument on the Motion to Compel Arbitration [25].  The matter is taken under submission.

CC:      Time: <u>00:16 / GGA</u>